Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 3595 | **DATE** | 7/3/2002 |
| **CASE TITLE** | John Marozas vs. City of Burbank, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Enter Memorandum Opinion and Order. This Court sua sponte strikes the existing answers from the file physically (thus eliminating wholly needless bulk) and grants leave to defendants to file a single collective Answer on or before July 17, 2002.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JUL 0 8 2002 | 9 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | 7/3/2002 | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| SN courtroom deputy's initials | | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN MAROZAS, )
)
        Plaintiff, )
)
v. ) No. 02 C 3595
)
CITY OF BURBANK, et al., )
)
        Defendants. )

**DOCKETED**

**JUL 0 8 2002**

MEMORANDUM OPINION AND ORDER

    Even though all five defendants in this Title VII case--City of Burbank and four of its Police Department's high level officers--are represented by the same law firm, counsel has needlessly filed a separate Answer for each defendant. Quite apart from the inattention to the environment evidenced by killing so many more trees than is reasonably required (why spend more than 70 pages in reproducing each set of the multiple answers, when about a fifth of that would do the job?), that places an inordinate burden on the reader in ascertaining the respects in which the defendants share common cause, as contrasted with the areas (if any) in which they part company.

    It is not at all difficult--and, as already indicated, it would be a courtesy to opposing counsel and to the Court--for defense counsel to prepare and file a single answer on behalf of all five defendants, collectivizing their responses where appropriate and distinguishing among their individual answers where necessary. Accordingly this Court sua sponte strikes the

existing answers from the file physically (thus eliminating wholly needless bulk) and grants leave to defendants to file a single collective Answer on or before July 17, 2002.

                                            Milton I. Shadur
                                            Senior United States District Judge

Date: July 3, 2002